J. David Bickham (SBN 145449)
Email: dbickham@reedsmith.com
Claire Hass (SBN 253868)
Email: chass@reedsmith.com
REED SMITH LLP
101 Second St., Suite 1800
San Francisco, CA 94105

Telephone: (415) 543-8700
Facsimile: (415) 291-8269

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMONA FOLEY and KEVIN FOLEY,<br><br>Plaintiff(s),<br><br>vs.<br><br>AMERICAN MEDICAL SYSTEMS, INC.<br><br>Defendant(s). | Case No.: 11cv5014 EJD<br><br>Before the Honorable Edward J. Davila<br><br>[PROPOSED] ORDER TO STAY PROCEEDINGS PENDING RESOLUTION OF THE PARTIES' MOTIONS PURSUANT TO 28 U.S.C. § 1407<br><br>Compl. Filed: October 11, 2011<br>Trial Date: None Set |

After full consideration of the parties' Stipulation to Stay Proceedings Pending Resolution of the Parties' Motions Pursuant to 28 U.S.C. § 1407, the accompanying Request for Judicial Notice in support of the Stipulation, and good cause appearing:

IT IS HEREBY ORDERED this case is STAYED until either (1) 30 days after the MDL panel has issued a ruling on the currently pending motion for coordination or consolidation, or (2) March 30, 2012, whichever date occurs earlier. The parties may apply to lift or extend this stay at any time should the circumstances so require.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __January 17__, 2012.

_____
The Honorable Edward J. Davila